Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19–18312–JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Stephen Leonardis
134 Boynton Court
Westfield, NJ 07090

Mary Leonardis
134 Boynton Court
Westfield, NJ 07090

Social Security No.:
 xxx–xx–7787

xxx–xx–3985

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:               7/25/19
Time:               08:30 AM
Location:           Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D,
Newark, NJ 07102

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 13, 2019
JAN: ntp

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-18312-JKS
Stephen Leonardis                                               Chapter 13
Mary Leonardis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin          Page 1 of 2          Date Rcvd: Jun 13, 2019
                           Form ID: 132          Total Noticed: 76


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2019.
```
db/jdb       +Stephen Leonardis,   Mary Leonardis,   134 Boynton Court,   Westfield, NJ 07090-1713
518247383    +1.) Seterus,   14523 SW Millikan Way,   Beaverton, OR 97005-2344
518247392    +10.) Comenity Bank / Beallsfl,   P.O. Box 182789,   Columbus, OH 43218-2789
518247393    +11.) First Premier,   3820 N. Louise Avenue,   Sioux Falls, SD 57107-0145
518247394    +12.) Citicards CBNA,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
518247395    +13.) Macy's Department Stores,   P.O. Box 8218,   Mason, OH 45040-8218
518247396    +14.) SYNCB / CARE Credit,   P.O. Box 965036,   Orlando, FL 32896-5036
518247397    +15.) Bank of America,   P.O. Box 982238,   El Paso, TX 79998-2238
518247398    +16.) Credit One Bank,   P.O. Box 98872,   Las Vegas, NV 89193-8872
518247399    +17.) Comenity Capital Bank,   P.O. Box 182120,   Columbus, OH 43218-2120
518247400    +18.) Nordstrom TD Bank USA,   13531 E. Caley Avenue,   Englewood, CO 80111-6504
518247401    +19.) Avant,   222 N. LaSalle Street,   Suite 1700,   Chicago, IL 60601-1101
518247384     2.) Specialized Loan Services,   8724 Lucent Boulevard,   Littleton, CO 80129
518247402    +20.) Chase Bank,   P.O. Box 1423,   Charlotte, NC 28201-1423
518247403    +21.) First Premier Bank,   P.O. Box 5529,   Sioux Falls, SD 57117-5529
518247404    +22.) SYNCB / WALMART,   P.O. Box 965024,   Orlando, FL 32896-5024
518247405    +23.) SYNCB / QVC,   P.O. Box 965005,   Orlando, FL 32896-5005
518247406    +24.) Capital One / Lord & Taylor,   P.O. Box 30253,   Salt Lake City, UT 84130-0253
518247407    +25.) Kohl's Department Stores,   P.O. Box 3115,   Milwaukee, WI 53201-3115
518247408    +26.) Lending Club Corporation,   71 Stevenson 300,   San Francisco, CA 94105-2985
518247409    +27.) First Premier Bank,   3820 N. Louise Avenue,   Sioux Falls, SD 57107-0145
518247410    +28.) WEBBANK / FINGERHUT,   6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
518247411    +29.) SYNCB,   P.O. Box 965005,   Orlando, FL 32896-5005
518247385    +3.) Chase Auto Finance,   P.O. Box 901078,   Fort Worth, TX 76101-2078
518247412    +30.) NJCLASS / HESSA,   4 Quakerbridge Plaza,   Trenton, NJ 08619-1241
518247413    +31.) Sepil & Stylianou, LLP,   10 Forest Avenue,   Suite 300,   Paramus, NJ 07652-5238
518247414    +32.) Radius Global Solutions, LLC,   P.O. Box 390905,   Minneapolis, MN 55439-0905
518247415    +33.) Richard C. Genabith,   P.O. Box 317,   Berkeley Heights, NJ 07922-0317
518247386    +4.) Bank of New York,   240 Greenwich Street,   New York, NY 10286-0001
518247387    +5.) KLM Law Group, PC,   216 Haddon Avenue,   Suite 406,   Westmont, NJ 08108-2812
518247388    +6.) Internal Revenue Service,   Fresno, CA 93888-0001
518247389    +7.) Chase Bank,   P.O. Box 15298,   Wilmington, DE 19850-5298
518247390    +8.) Barclays Bank Delaware,   PO Box 8803,   Wilmington, DE 19899-8803
518247391    +9.) Comenity Bank / Blair,   P.O. Box 182120,   Columbus, OH 43218-2120
518203917   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court:  Bank of America,   PO Box 982238,   El Paso, TX 79998)
518203791    +Bank of New York,   240 Greenwich Street,   New York, NY 10286-0001
518203795    +Barclays Bank Delaware,   PO Box 8803,   Wilmington, DE 19899-8803
518203790    +Chase Auto Finance,   PO Box 901078,   Forth Worth, TX 76101-2078
518203794    +Chase Bank,   PO Box 15298,   Wilmington, DE 19850-5298
518203922    +Chase Bank,   PO Box 1423,   Charlotte, NC 28201-1423
518254395    +Chase Bank USA, N.A.,   c/o Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
518203914    +Citicards CBNA,   PO Box 6241,   Sioux Falls, SD 57117-6241
518204177    +Community Gardens,   103 Chestnut Street, Apt.105,   Cranford NJ 07016-3702
518203798    +First Premier,   3820 N. Louise Avenue,   Sioux Falls, SD 57107-0145
518203964    +First Premier Bank,   3820 N. Louise Avenue,   Sioux Falls, SD 57107-0145
518203923    +First Premier Bank,   PO Box 5529,   Sioux Falls, SD 57117-5529
518203792    +Klm Law Group, PC,   216 Haddon Avenue, Suite 406,   Westmont, NJ 08108-2812
518203915    +Macy's Department Stores,   PO Box 8218,   Mason, OH 45040-8218
518272513    +NJCLASS,   PO BOX 548,   TRENTON NJ 08625-0548
518203967    +NJCLASS Hessa,   4 Quakerbridge Plaza,   Trenton, NJ 08619-1241
518203969    +Radius Global Solutions, LLC,   PO Box 390905,   Minneapolis, MN 55439-0905
518203970    +Richard C. Genabith,   PO Box 317,   Berkeley Heights, NJ 07922-0317
518203968    +Sepil & Stylianou, LLP,   10 Forest Avenue, Suite 300,   Paramus, NJ 07652-5238
518203788   #+Seterus,   14523 SW Millikan Way,   Beaverton, OR 97005-2352
518203789     Specialized Loan Services,   8724 Lucent Boulevard,   Littleton, CO 80129
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jun 14 2019 00:57:41    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 14 2019 00:57:36    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
518257460     E-mail/Text: Bankruptcy@absoluteresolutions.com Jun 14 2019 00:55:21
              Absolute Resolutions Investments, LLC,   c/o Absolute Resolutions Corporation,
              8000 Norman Center Drive, Suite 350,   Bloomington, MN 55437
518203921    +E-mail/Text: bk@avant.com Jun 14 2019 00:58:19    Avant,   222 N. LaSalle Street, Suite 1700,
              Chicago, IL 60601-1101
518203961    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 14 2019 01:01:56
              Capital One Lord & Taylor,   PO Box 30253,   Salt Lake City, UT 84130-0253
518203797    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 14 2019 00:57:19    Comenity Bank Beallsfl,
              PO Box 182789,   Columbus, OH 43218-2789
```

```
District/off: 0312-2          User: admin           Page 2 of 2              Date Rcvd: Jun 13, 2019
                              Form ID: 132           Total Noticed: 76
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
518203796      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 14 2019 00:57:19      Comenity Bank Blair,
                 PO Box 182120,   Columbus, OH 43218-2120
518203919      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 14 2019 00:57:19      Comenity Capital Bank,
                 PO Box 182120,   Columbus, OH 43218-2120
518203918      +E-mail/PDF: creditonebknotifications@resurgent.com Jun 14 2019 01:00:45      Credit One Bank,
                 PO Box 98872,   Las Vegas, NV 89193-8872
518203793       E-mail/Text: cio.bncmail@irs.gov Jun 14 2019 00:56:52      Internal Revenue Service,
                 Fresno, CA 93888
518290698       E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 14 2019 00:57:55      Jefferson Capital Systems LLC,
                 PO Box 7999,   Saint Cloud MN 56302-9617
518203962      +E-mail/Text: bncnotices@becket-lee.com Jun 14 2019 00:56:37      Kohl's Department Stores,
                 PO Box 3115,   Milwaukee, WI 53201-3115
518227873       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 14 2019 01:00:48      LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518203963      +E-mail/Text: bk@lendingclub.com Jun 14 2019 00:58:12      Lending Club Corporation,
                 71 Stevenson 300,   San Francisco, CA 94105-2985
518203920      +E-mail/Text: bnc@nordstrom.com Jun 14 2019 00:56:46      Nordstrom TD Bank USA,
                 13531 E. Caley Avenue,   Englewood, CO 80111-6505
518280983      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 14 2019 00:57:55      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
518203966      +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 01:00:33      SYNCB,   PO Box 965005,
                 Orlando, FL 32896-5005
518203916      +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 01:01:48      SYNCB CARE Credit,
                 PO Box 965036,   Orlando, FL 32896-5036
518203925      +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 01:00:33      SYNCB QVC,   PO Box 965005,
                 Orlando, FL 32896-5005
518203924      +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 01:01:48      SYNCB Walmart,   PO Box 965024,
                 Orlando, FL 32896-5024
518203965      +E-mail/Text: bnc-bluestem@quantum3group.com Jun 14 2019 00:58:20      WEBBANK Fingerhut,
                 6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
                                                                                          TOTAL: 21


           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2019 at the address(es) listed below:
```
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Melissa N. Licker    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           NJ_ECF_Notices@mccalla.com
          Michael G Brucki    on behalf of Debtor Stephen  Leonardis office@bruckilaw.com
          Michael G Brucki    on behalf of Joint Debtor Mary  Leonardis office@bruckilaw.com
          Rebecca Ann Solarz    on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
           rsolarz@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                  TOTAL: 6
```