**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Stephen and Mary Leonardis

Debtor(s)

Case No.: 19-18312 (JKS)

Judge: John K. Sherwood

## Chapter 13 Plan and Motions

☒ Original                ☐ Modified/Notice Required           Date: 06/06/2019

☐ Motions Included        ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: __MB__     Initial Debtor: __SL__     Initial Co-Debtor: __ML__

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ __100.00__ per __MONTH__ to the Chapter 13 Trustee, starting on __07/01/2019__ for approximately __60__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☐ Future earnings

☒ Other sources of funding (describe source, amount and date when funds are available):

Pension and Social Security Benefits

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:  Adequate Protection ☐ NONE**

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ __225.00__ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____IRS_____ (creditor).

**Part 3:  Priority Claims (Including Administrative Expenses)**

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 0.0 |
| DOMESTIC SUPPORT OBLIGATION | NOT APPLICABLE | |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| RIVERFRONT DEVELOPERS LLC | RESIDENTIAL LEASE | NONE | N/A | | $3150.00 |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Spec. Loan Svcs. | Mortgage | None | N/A | | $614.71 |
| Chase Auto Finance | Car | None | N/A | | $1119.00 |
| Chase Auto Finance | Car | None | N/A | | $792.00 |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan:** ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5: Unsecured Claims ☐ NONE

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☒ NONE**

NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.

   a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☒ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:  Other Plan Provisions

**a. Vesting of Property of the Estate**

☐  Upon confirmation

☒  Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2) _____

3) _____

4) _____

### d. Post-Petition Claims

The Standing Trustee ☐ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:    Modification ☒ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
|  |  |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☐ No

## Part 10:    Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☐ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 06/11/2019

_____
Debtor

Date: 06/11/2019

_____
Joint Debtor   Mary Leonardis

Date: 06/11/2019

_____
Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-18312-JKS
Stephen Leonardis                                                         Chapter 13
Mary Leonardis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Jun 13, 2019
                              Form ID: pdf901          Total Noticed: 76

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2019.
```
db/jdb         +Stephen Leonardis,    Mary Leonardis,    134 Boynton Court,    Westfield, NJ 07090-1713
518247383      +1.) Seterus,    14523 SW Millikan Way,    Beaverton, OR 97005-2344
518247392      +10.) Comenity Bank / Beallsfl,    P.O. Box 182789,    Columbus, OH 43218-2789
518247393      +11.) First Premier,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
518247394      +12.) Citicards CBNA,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
518247395      +13.) Macy's Department Stores,    P.O. Box 8218,    Mason, OH 45040-8218
518247396      +14.) SYNCB / CARE Credit,    P.O. Box 965036,    Orlando, FL 32896-5036
518247397      +15.) Bank of America,    P.O. Box 982238,    El Paso, TX 79998-2238
518247398      +16.) Credit One Bank,    P.O. Box 98872,    Las Vegas, NV 89193-8872
518247399      +17.) Comenity Capital Bank,    P.O. Box 182120,    Columbus, OH 43218-2120
518247400      +18.) Nordstrom TD Bank USA,    13531 E. Caley Avenue,    Englewood, CO 80111-6504
518247401      +19.) Avant,    222 N. LaSalle Street,    Suite 1700,    Chicago, IL 60601-1101
518247384       2.) Specialized Loan Services,    8724 Lucent Boulevard,    Littleton, CO 80129
518247402      +20.) Chase Bank,    P.O. Box 1423,    Charlotte, NC 28201-1423
518247403      +21.) First Premier Bank,    P.O. Box 5529,    Sioux Falls, SD 57117-5529
518247404      +22.) SYNCB / WALMART,    P.O. Box 965024,    Orlando, FL 32896-5024
518247405      +23.) SYNCB / QVC,    P.O. Box 965005,    Orlando, FL 32896-5005
518247406      +24.) Capital One / Lord & Taylor,    P.O. Box 30253,    Salt Lake City, UT 84130-0253
518247407      +25.) Kohl's Department Stores,    P.O. Box 3115,    Milwaukee, WI 53201-3115
518247408      +26.) Lending Club Corporation,    71 Stevenson 300,    San Francisco, CA 94105-2985
518247409      +27.) First Premier Bank,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
518247410      +28.) WEBBANK / FINGERHUT,    6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
518247411      +29.) SYNCB,    P.O. Box 965005,    Orlando, FL 32896-5005
518247385      +3.) Chase Auto Finance,    P.O. Box 901078,    Fort Worth, TX 76101-2078
518247412      +30.) NJCLASS / HESSA,    4 Quakerbridge Plaza,    Trenton, NJ 08619-1241
518247413      +31.) Sepil & Stylianou, LLP,    10 Forest Avenue,    Suite 300,    Paramus, NJ 07652-5238
518247414      +32.) Radius Global Solutions, LLC,    P.O. Box 390905,    Minneapolis, MN 55439-0905
518247415      +33.) Richard C. Genabith,    P.O. Box 317,    Berkeley Heights, NJ 07922-0317
518247386      +4.) Bank of New York,    240 Greenwich Street,    New York, NY 10286-0001
518247387      +5.) KLM Law Group, PC,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
518247388      +6.) Internal Revenue Service,    Fresno, CA 93888-0001
518247389      +7.) Chase Bank,    P.O. Box 15298,    Wilmington, DE 19850-5298
518247390      +8.) Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
518247391      +9.) Comenity Bank / Blair,    P.O. Box 182120,    Columbus, OH 43218-2120
518203917     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank of America,     PO Box 982238,    El Paso, TX 79998)
518203791      +Bank of New York,    240 Greenwich Street,    New York, NY 10286-0001
518203795      +Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
518203790      +Chase Auto Finance,    PO Box 901078,    Forth Worth, TX 76101-2078
518203794      +Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298
518203922      +Chase Bank,    PO Box 1423,    Charlotte, NC 28201-1423
518254395      +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
518203914      +Citicards CBNA,    PO Box 6241,    Sioux Falls, SD 57117-6241
518204177      +Community Gardens,    103 Chestnut Street, Apt.105,    Cranford NJ 07016-3702
518203798      +First Premier,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
518203964      +First Premier Bank,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
518203923      +First Premier Bank,    PO Box 5529,    Sioux Falls, SD 57117-5529
518203792      +Klm Law Group, PC,    216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
518203915      +Macy's Department Stores,    PO Box 8218,    Mason, OH 45040-8218
518272513      +NJCLASS,    PO BOX 548,    TRENTON NJ 08625-0548
518203967      +NJCLASS Hessa,    4 Quakerbridge Plaza,    Trenton, NJ 08619-1241
518203969      +Radius Global Solutions, LLC,    PO Box 390905,    Minneapolis, MN 55439-0905
518203970      +Richard C. Genabith,    PO Box 317,    Berkeley Heights, NJ 07922-0317
518203968      +Sepil & Stylianou, LLP,    10 Forest Avenue, Suite 300,    Paramus, NJ 07652-5238
518203788     #+Seterus,    14523 SW Millikan Way,    Beaverton, OR 97005-2352
518203789       Specialized Loan Services,    8724 Lucent Boulevard,    Littleton, CO 80129
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 14 2019 00:57:41     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 14 2019 00:57:36     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518257460       E-mail/Text: Bankruptcy@absoluteresolutions.com Jun 14 2019 00:55:21
                 Absolute Resolutions Investments, LLC,    c/o Absolute Resolutions Corporation,
                 8000 Norman Center Drive, Suite 350,    Bloomington, MN 55437
518203921      +E-mail/Text: bk@avant.com Jun 14 2019 00:58:19     Avant,   222 N. LaSalle Street, Suite 1700,
                 Chicago, IL 60601-1101
518203961      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 14 2019 01:00:38
                 Capital One Lord & Taylor,    PO Box 30253,   Salt Lake City, UT 84130-0253
518203797      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 14 2019 00:57:21     Comenity Bank Beallsfl,
                 PO Box 182789,   Columbus, OH 43218-2789
```

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Jun 13, 2019
                               Form ID: pdf901          Total Noticed: 76
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518203796      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 14 2019 00:57:21      Comenity Bank Blair,
                 PO Box 182120,    Columbus, OH 43218-2120
518203919      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 14 2019 00:57:21      Comenity Capital Bank,
                 PO Box 182120,    Columbus, OH 43218-2120
518203918      +E-mail/PDF: creditonebknotifications@resurgent.com Jun 14 2019 01:00:46      Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
518203793       E-mail/Text: cio.bncmail@irs.gov Jun 14 2019 00:56:55      Internal Revenue Service,
                 Fresno, CA 93888
518290698       E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 14 2019 00:57:56      Jefferson Capital Systems LLC,
                 PO Box 7999,    Saint Cloud MN 56302-9617
518203962      +E-mail/Text: bncnotices@becket-lee.com Jun 14 2019 00:56:41      Kohl's Department Stores,
                 PO Box 3115,    Milwaukee, WI 53201-3115
518227873       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 14 2019 01:00:49      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518203963      +E-mail/Text: bk@lendingclub.com Jun 14 2019 00:58:13      Lending Club Corporation,
                 71 Stevenson 300,    San Francisco, CA 94105-2985
518203920      +E-mail/Text: bnc@nordstrom.com Jun 14 2019 00:56:47      Nordstrom TD Bank USA,
                 13531 E. Caley Avenue,    Englewood, CO 80111-6505
518280983      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 14 2019 00:57:56      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
518203966      +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 01:01:52      SYNCB,   PO Box 965005,
                 Orlando, FL 32896-5005
518203916      +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 01:00:35      SYNCB CARE Credit,
                 PO Box 965036,    Orlando, FL 32896-5036
518203925      +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 01:01:52      SYNCB QVC,   PO Box 965005,
                 Orlando, FL 32896-5005
518203924      +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 01:01:52      SYNCB Walmart,   PO Box 965024,
                 Orlando, FL 32896-5024
518203965      +E-mail/Text: bnc-bluestem@quantum3group.com Jun 14 2019 00:58:20      WEBBANK Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 21

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2019 at the address(es) listed below:
              Marie-Ann  Greenberg     magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               NJ_ECF_Notices@mccalla.com
              Michael G Brucki    on behalf of Debtor Stephen  Leonardis office@bruckilaw.com
              Michael G Brucki    on behalf of Joint Debtor Mary  Leonardis office@bruckilaw.com
              Rebecca Ann Solarz    on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               rsolarz@kmllawgroup.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```